# Court of Appeals
# of the State of Georgia

ATLANTA,  June 11, 2024

*The Court of Appeals hereby passes the following order:*

## A24D0348. ARISTOTLE LALANDE v. BERNADETTE LALANDE.

In this domestic relations case, the trial court entered an order awarding Bernadette LaLande OCGA § 9-15-14 attorney fees on April 16, 2024. Aristotle LaLande filed this application for discretionary appeal on May 20, 2024. However, to be timely, a discretionary application must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Aristotle LaLande's application was untimely filed 34 days after the entry of the April 16, 2024 order. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  06/11/2024*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*